UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SARAH RODRIGUEZ on behalf of U.R.R.,
a minor,

       Plaintiff,

v.

Commissioner of Social Security,

       Defendant.
_____/

Case No. 14-14170

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S JANUARY 13, 2016 REPORT AND RECOMMENDATION AND GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND REMANDING THE CASE BACK TO THE COMMISSIONER OF SOCIAL SECURITY [17]**

This matter came before the Court on the magistrate judge's January 13, 2016 report and recommendation. The magistrate judge recommended that the Court grant in part Plaintiff's motion for summary judgment and deny Defendant's motion for summary judgment. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, 09-10933, 2012 WL 3639070, at *1 (E.D.Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140 (1985)). The Court nevertheless agrees with the magistrate judge's recommendation.

Being fully advised in the premises, having read the pleadings, and for the reasons set forth above, the Court ACCEPTS and ADOPTS the magistrate judge's report and recommendation, and therefore GRANTS IN PART Plaintiff's motion for summary

judgment, DENIES Defendant's motion for summary judgment, and REMANDS the case back to the Commission of Social Security pursuant to 42 U.S.C. § 405(g).

    So ordered.

                                   s/Nancy G. Edmunds
                                   Nancy G. Edmunds
                                   United States District Judge

Dated: February 29, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on February 29, 2016, by electronic and/or ordinary mail.

                                   s/Johnetta Curry-Williams
                                   Case Manager